UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV312
(3:02CR190)

| | |
|---|---|
| HECTOR RUBEN MCGURK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon Petitioner's Motion for Reconsideration (Doc. No. 13), filed February 25, 2010.

On February 16, 2010, this Court granted Respondent's Third Motion for an Extension of Time. Petitioner now asks this Court to reconsider this Court's decision to grant the third extension. Nothing in Petitioner's Motion leads this Court to reverse it previous determination that good cause exists. Consequently, the Court denies Petitioner's Motion for Reconsideration.

**THEREFORE, IT IS HEREBY ORDERED** that Respondent's Motion for Reconsideration (Doc. No. 13) is **DENIED**.

Signed: February 26, 2010

Frank D. Whitney
United States District Judge