# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Hector Ruben McGurk,

    Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                                   3P:09-cv-312-FDW

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2012 Order.

                                               Signed: August 29, 2012

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court